remaining lugs found in the appellant's automobile.

Appellant, testifying in his own behalf, corroborated Wilson's testimony, stated that he had no interest in Wilson's bootlegging activities, and knew nothing of the beer which was found in his automobile.

The case was submitted to the jury under a charge on circumstantial evidence, and also they were instructed to acquit if they found that the beer in question belonged to Wilson.

The jury resolved the fact issue against appellant, and we find the evidence sufficient to support the verdict.

There are no bills of exception presented for review.

The judgment is affirmed.

Isaac THOMAS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27688.

Court of Criminal Appeals of Texas.

June 25, 1955.

No attorney on appeal for appellant.

Dan Walton, Eugene Brady, Dist. Attys., Thomas D. White, Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of heroin; the punishment, 10 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this appeal.